# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTON SENDEROV and LIOR BABAZARA a/k/a/ LIOR BAR,<br><br>Defendants. | No.   2:19-CV-5242-RMP<br><br>CLERK'S ORDER OF DEFAULT |

It appearing that ANTON SENDEROV and LIOR BABAZARA have failed to answer, plead or otherwise defend against the complaint, ANTON SENDEROV'S and LIOR BABAZARA'S defaults are hereby entered.

DATED this 29th day of June 2020.

By:   s/Sean F. McAvoy
Sean F. McAvoy
District Court Executive/Clerk of the Court
United States District Court
Eastern District of Washington

CLERK'S ORDER OF DEFAULT     1

CLERK'S ORDER OF DEFAULT      2